**Exhibit A**

| *Payees Name* | *Check#* | *Check Date* | *Clearing Date* | *Amount* |
|---|---|---|---|---|
| Republic Bank | ACH | 7/13/22 | 7/13/22 | $203,070.48 |
| Republic Bank | ACH | 7/18/22 | 7/18/22 | $96,929.52 |
| Republic Bank | WIRE | 7/28/22 | 7/28/22 | $112,939.15 |

DM/10695057