IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>The Swarthmore Group, Inc., f/k/a The S Group, Inc.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 22-12040 (AMC) |
| Terry P. Dershaw, as Chapter 7 Trustee of The Swarthmore Group, Inc., f/k/a The S Group, Inc.,<br><br>        Plaintiff,<br>v.<br><br>Republic First Bank, d/b/a Republic Bank,<br><br>        Defendant. | Adversary No. 24-00106 |

## NOTICE OF RECEIVERSHIP

Please take notice that on April 26, 2024, the Pennsylvania Department of Banking and Securities closed Republic First Bank d/b/a Republic Bank (the "Defendant") and appointed the Federal Deposit Insurance Company as Receiver. In connection thereto, the Trustee has filed a proof of claim against the Defendant in the pending receivership action on August 13, 2024.

Respectfully submitted,

**DUANE MORRIS LLP,**

Dated: August 14, 2024

*[signature]*
Lawrence J. Kotler, Esquire
30 South 17th Street
Philadelphia, PA 19103
215-979-1514
215-689-2746
e-mail: ljkotler@duanemorris.com
*Attorney for Terry P. Dershaw, Chapter 7 Trustee*